```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

WILFRED H. EVICCI,               )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    CIVIL ACTION
                                 )    NO. 03-12623-WGY
SOUZA-BARANOWSKI                 )
CORRECTIONAL OFFICERS,           )
                                 )
          Defendants.            )
```

## MEMORANDUM AND ORDER

For the reasons stated below, this action is dismissed without prejudice.

## BACKGROUND

On December 9, 2003, plaintiff Wilfred Evicci, an inmate at Souza-Baranowski Correctional Center ("SBCC"), filed several documents titled "Notice and Complaint" in this Court. In these filings, Evicci alleges that he was physically assaulted by SBCC guards on July 18, 2003 and October 24, 2003. See Filings. He also contends that the prison librarian has failed to return to him materials sent out for copying as well as certain case law materials. Id.

Mr. Evicci has been a frequent and prolific litigant in this Court.[1] On December 19, 2002, in Evicci v. Maloney, et al.,

---

[1] See Evicci v. Correctional Officer Alves, et al., C.A. No. 98-10730-PBS (judgment for defendants), aff'd 99-2203 (June 28, 2001); Evicci v. Commissioner of Corr., C.A. No. 99-

C.A. No. 01-12216-WGY, I determined that under Section 1915(g) of title 28, Evicci was ineligible to proceed *in forma pauperis* because he has had three or more actions or appeals dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted.  <u>See</u> Docket No. 3; 28 U.S.C. § 1915(g). The First Circuit Court of Appeals has made a similar finding.  <u>In re Wilfred Evicci</u>, 03-1034 (July 31, 2003).  Evicci has not submitted the $150.00 filing fee for this action.

## ANALYSIS

<u>Plaintiff Is Not Eligible to
Proceed Without Prepayment of
the Filing Fee Unless He is in "Imminent Danger"</u>

Section 1915(g) prohibits prisoners from proceeding without prepayment of the filing fee when a prisoner plaintiff has had three prior lawsuits dismissed on the grounds that the actions were frivolous, malicious, or failed to state a claim unless the prisoner

---

11561-DPW (dismissing § 2254), <u>appeal filed</u>,03-1964; <u>Evicci v. Doe ,et al.</u>, C.A. No. 99-11925-WGY (dismissed); <u>Evicci v. Maloney</u>, C.A. No. 99-12345-DPW (§ 2254 petition dismissed), <u>aff'd</u> 00-2268 (Jan. 4, 2001); <u>Evicci v. Does 1-7, et al.</u>, C.A. No. 00-10279-WGY (defendants' motion to dismiss granted), <u>appeal dismissed</u>, 03-1213 (July 2, 2003); <u>Evicci v. Baker, et al.</u>, C.A. No. 00-10749-WGY (jury verdict for defendants), <u>appeal dismissed</u>, 03-1213 (Aug. 21, 2003); <u>Evicci v. Old Colony Corr. Ctr., et al.</u>, C.A. No. 00-12356-WGY (defendants' motion to dismiss granted), <u>appeal dismissed</u>, 03-1192 (May 14, 2003); <u>Evicci v. Maloney</u>, C.A. No. 01-10346-DPW (dismissed); <u>Evicci v. Maloney, et al.</u>, C.A. No. 01-12216-WGY (dismissed under § 1915(g)) <u>Evicci v. Central New Mexico Corr. Facility, et al.</u>, C.A. No. 02-12356-WGY (dismissed).

alleges that he is under an imminent threat of serious physical injury.  28 U.S.C. § 1915(g)[2]; see, e.g., Rivera v. Allin, 144 F.3d 719, 723 (11th Cir. 1998); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).

Although Evicci alleges that he has been physically assaulted, "imminent danger" under Section 1915(g) is measured at the time of the filing of the complaint, and plaintiff makes no allegations in any of his filings that indicates that he is subject to immediate harm.  Because plaintiff has not alleged that he is in imminent danger of physical harm, he may not proceed in this action without paying the entire filing fee up front, and this action shall be dismissed.  See Malik v. McGinnis, 293 F.3d 559, 562-563 (2d Cir. 2002) (dismissing; imminent danger measured at time of filing the complaint); Abdul-Akbar v. \McKelvie, 239 F.3d 307, 315 (3rd Cir. 2001) (same).

---

[2]Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

## CONCLUSION

Accordingly, for the reasons stated above, this action is dismissed without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this  8th  day of January, 2004.

```
                              s/ William G. Young
                              WILLIAM G. YOUNG
                              CHIEF JUDGE
```