Worcester, ss.

Winfred H. Evicci

   v.

Souza-Baranowski Corr. Ctr., et al.

Sup. Ct. Dept.
Woc v 03-1899

—— TO WHOM IT MAY CONCERN ——
MOTION FOR LEAVE TO HAVE YOUR COURT
MAKE DECLARATORY JUDGMENT, TO WIT:

It may be reasonable to say that the inventions of satellites were made to see the Earth's surface and what is happening on or about the Earth. The term "made", when used in relation to any invention, means the conception or first actual reduction to practice of such invention. See, for example, Williams v. Administrator of Nat. Aeronautics and Space Admin., 463 F.2d 1391, 1393 (Cust. & Pat. App. 1972).

If the courts and governmental officials haven't made inventive applications of and to use satellites data for the use of petition[ing] for habeas corpus in pursuit of liberty, to be free from unlawful restraint then I claim the right of patent be it known and hereby acknowledged by the court or say there is already in effect been made such invention and further say how and why not use it in my cases and other similar needs? cf., M.R. Crim. P., 30, et seq.; "A significant, and often controlling, consideration" in determining the sufficiency of tests for reduction to practice lies in whether the tests show that the invention will serve the purpose for which it is intended so conclusively that

Page 1 of 2
— CONTINUED ON BACK SIDE —

practical men, men skilled in the art, would take the risk of putting it into commercial use, Id. at 1399 (463 F.2d) (case's omitted), (see also, 226 F.3d 26). See also the attached Exhibit-F, a true copy of letter from Atty. Methe an appellate atty. from post conviction of MICR95-1785, I also submitted evidence in WOCV03-1897 Your court could do a joinder to save time etc. and let me prove habeas corpus issue's which I assert: satellite data will show Lowell police wrongly accused me and prostitutes in Lowell were not truthful; I should be released.

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2004, a true copy of the within above document has been served upon: Special AAG Nancy A. White & Atty. Joel Berner, Atty. Rentsch D.O.C. Legal Div., 70 Franklin St., Suite 600, Boston, Ma. 02110-1300; and, State AG Thomas F. Reilly, Office of the Attorney Gen., One Ashburton Pl., Boston, Ma. 02108; and, Judge Douglas Woodlock, U.S.D.C.M., One Courthouse Way, Suite 2300, Boston, Ma. 02210 (the committee official).
By mail postage pre paid (via CMR 103 DOC 481 Inmate Mail). Signed under the pains and penalties of perjury this 29th day of March, 2004. ⎯⎯⎯ Pro-se
3-29-04
Mr. Winfred H. Evirer (W60156) J1-23
SBCC (100 Harvard Rd.) P.O. Box 8000, Shirley, Ma. 01464