UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: Wilfred H. Evicci              No: 03-cv-12632-WGY
          v.                                   03cv12623
     SBCC, et al.

April 26, 2004
This petition is
dismissed as moot, the
case having been dismissed.
William G. Young
Chief Judge

PETITION FOR MATERIAL EVIDENCE
AND AFFIDAVIT FOR CONSIDERATION

Page 1 of 6

Recently at SBCC, Supt. Ficco had (on April 2, 2004) made and sent a letter to U.S. Dept. of The Interior from the best of my knowledge and belief obstructing my access to certain information I've sought for my post conviction relief/court litigation etc.; It is not beyond Dept. of The Interior to locate and use certain info. I seek which NASA may have been involved with or satellite's orbiting Earth observing the Earth's surface with infrared technology and the like's of it. See also **Kyllo v. U.S.**, 533 U.S. 27, 29-30, 121 S.Ct. 2038, 2041 (U.S. 2001)

> "Thermal imagers detect infrared radiation, which virtually all objects emit but which is not visible to the naked eye. The imager converts radiation into images based on relative warmth — black is cool, white is hot, shades of gray connote relative differences; in that respect, it operates somewhat like a video camera showing heat images."

NASA has an extensive archives see Exhibit-E and F, attached hereto for further consideration. I don't have website access but Exhibit-F gives a thing for accessing image's (http://earth.jsc.nasa.gov). I been in need of images of Lowell, Mass. on certain date's and time's and place's and thing's; computer-enhanced image's would be helpful, the

— CONTINUED ON BACK SIDE —

This is respectfully submitted with no malice intended. Signed under the pains and penalties of perjury this 16 day of April 2004.

_____ Pro-se

Mr. Wilfred H. Everett (W-60156) J1-23
Souza Baranowski Corr. Ctr.
(100 Harvard Rd., Lancaster, Ma.)
P.O. Box 8000
Shirley, Ma. 01464

Exhibit-E attached hereto makes evident of some kind of ways and means but there are alot of others too.

There's a right of access pursuant to 42-USC§2457 and 5-USC§552 together with First Amend. U.S. Const. and laws of the land.

The date's I look for are around April 26, 1980 to April 30, 1980; And, May 28, 1994 to June 1, 1994; And, September 12, 1995 to September 22, 1995. I can be more specific also and need a map of Lowell on all these date's for specific location research info. Lowell Police Dept. has Lowell in a sector map I had mailed NIMA a copy of a section Lowell Police sent me and NIMA has a picture of it that may be enhanced to show a close-up of crime watch camera mounted on building at Appleton Street and Rotary over Thorndike Street to proffer it was there etc. in regards to September 1995 a picture before and after September 1995 may be needed but a letter by Attorney James E. Methe tells of it too, and he discribes a Transcript which locates it (Police had been evasive about it being there).

It may be reasonable to say that the inventions of satellites were made to see the Earth's surface and what is happening on or about the Earth. The term "made", when used in relation to any invention, means the conception or first actual reduction to practice of such invention. See, for example, Williams v. Administrator of NASA, 463 F.2d 1391, 1393 (Cust. & Pat. App. 1972).

If the court's and governmental officials haven't made inventive applications of and to use satellites data for the use of petitioning for habeas corpus in pursuit of liberty, to be free from unlawful restraint then I claim the right of patent be it known and hereby acknowledged by the court or say there is already in effect been made such invention and further say how and why not use it in my case's and other similar needs? cf., M.R.Crim.P., 30, et seq.

"A significant, and often controlling, consideration in determining the sufficiency of tests for reduction to practice lies in whether the tests show that the invention will serve the purpose for which it is intended so conclusively that practical men, men skilled in the art, would take the risk of putting it into commercial use. Id. at 1399 (463 F.2d), (case's omitted); (see also 226 F.3d 26).

Page 3 of 6   AFFIDAVIT

According to NASA's Glossary of Terms booklet (EP-302) at page 15, Dept. of the Interior (DOI) is responsible for our nationally-owned public lands and natural resources — national parks and historical places etc. I believe Lowell Massachusetts with it's two big rivers and as a historical bootmills park falls under this DOI and Supt. Pirco should not had obstructed my info. request needs April 2, 2004 by telling DOI not to send me info. of Lowell;

At page 24 of the Glossary of Terms there's the "geo stationary" describes an orbit in which a satellite is always in the same position (appears stationary) with respect to the rotating Earth. The satellite travels around the Earth in the same direction, at an altitude of approximately 35,790 km (22,240 statute miles) because that produces an orbital period equal to the period of rotation of the Earth (actually 23 hours, 56 minutes, 04.09 seconds). A Worldwide network of operational geostationary meteorological satellites provides visible and infrared images of Earth's surface and atmosphere. The satellite systems include the U.S. GOES,

— CONTINUED ON BACKSIDE —

n.1. see page 26, Glossary of Terms "grayscale" (the Glossary is from NASA's Office of Mission to Planet Earth)

METEOSAT (launched by the European Space Agency and operated by the European Weather Satellite Organization - EUMETSAT), the Japanese GMS, and most commercial, telecommunications satellites. See Clarke Belt.

See page 25 of Glossary of Terms, Geostationary Operational Environmental Satellite (GOES) NASA-developed, NOAA-operated series of satellites that: provide continuous day and night weather observations; inter alia.

GOES observes the U.S. and adjacent ocean areas from vantage points 35,790 km (22,240 miles) above the equator at 75° west and 135° west. GOES satellites have an equatorial, earth-synchronous orbit with a 24 hour period, a resolution of 8 km, an IR resolution of 4 km, and a scan rate of 1864 statute miles in about three minutes. The transmission of processed weather data (both visible and infrared) by GOES is called weather facsimile (WEFAX). GOES WEFAX transmits at 1691 + MHz and is accessible via a ground station with a satellite dish antenna. The GOES carries five major sensor systems