Judge William G. Young
U.S.D.C.M.
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

In re: Wilfred H. Evicci

> December 12, 2005
> Treated as a motion for clarification, motion denied. The memoranda and orders of this Court are self-explanatory.
> William G. Young
> Chief Judge

Sir,

Please find enclosed evidence of Mass. Dept. of Correction using your Order of February 4, 2003 and Memorandum and Order of December 19, 2002 and notice of some other date regarding your ruling of 1/17/03.

Would you please clearify what I did wrong is it you are saying I did malice or what exactly?

December 6, 2005

Pro-se

Mr. Wilfred H. Evicci (W-60156)
J1-22, SBCC (100 Harvard Rd)
P.O. Box 8000
Shirley, Ma. 01464